UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TITUS INTERNATIONAL PLC,<br><br>                   *Plaintiff,*<br><br>   -against-<br><br>HARDWARE RESOURCES, A<br>DIVISION OF PROGRESSIVE<br>STAMPING & PLATING, INC.,<br><br>                  *Defendant.* | 08 Civ. 02158 (WHP)<br><br>**Rule 7.1**<br>**Disclosure Statement** |

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the plaintiff Titus International PLC states that it has no publicly held corporate parents, affiliates and/or subsidiaries.

     Pursuant to Rule 7.1.(b)(2), the plaintiff will advise the Court of any change in the above information by promptly filing a supplement to this Disclosure Statement.

Dated: March 4, 2008
       New York, NY

                                      ABELMAN FRAYNE & SCHWAB

                                      Michael Aschen (MA 6336)
                                      666 Third Avenue
                                      New York, NY 10017
                                      (212) 949-9022

                                      Counsel for the Plaintiff