AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern          District of          New York

Titus International PLC

**SUMMONS IN A CIVIL ACTION**

V.

Hardware Resources, A Division of Progressive Stamping & Plating, Inc.

CASE NUMBER:   08 Civ. _____

08 CV 2158

TO: (Name and address of Defendant)

Hardware Resources
4319 Marlena St.
Bossier City, LA 71111

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Aschen
666 Third Avenue
New York, NY 10017

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAR 0 4 2008

CLERK

DATE

(By) DEPUTY CLERK

# - AFFIDAVIT -

STATE OF LOUISIANA
PARISH OF CADDO                                      November 15, 2007

Titus International PLC,
    *Plaintiff,*
vs.

IN THE UNITES STATES DISTRICT
COURT / SOUTHERN DISTRICT OF
THE STATE OF NEW YORK

Case No. 08 CV 2158

Hardware Resources, A Division
of Progressive Stamping & Plating, Inc.
    *Defendant.*

Regarding the service of the **SUMMONS IN A CIVIL ACTION, the process server, WAS ABLE to effect service** of the documents provided on: Mrs. Lowe.

Declarant states he diligently attempted to serve the individual known as Mark Jeffery Lowe, 4319 Marlena Street, Bossier City, Louisiana 71111, Bossier Parish, Louisiana and was unable to do so, however, Mrs. Lowe who described herself as "His Wife" stated she was able to receive the papers for him and after giving the papers to her she wouud inturn find him and give them to Mr. Jeff Lowe. Mrs. Lowe opened the papers in front of the agent and then took off to locate him.

**Please note:** The documents came in our hand on March 5, 2008. annd Sub-Service was effected on Mrs. Lowe.

1. I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct.
2. I am an individual not less than 18 years of age.
3. I am neither a party to, nor do I have an interest in the outcome of this case.
4. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state or federal jurisdiction.

*/s/ Joshua A. Wise*
Joshua A. Wise

    **SUBSCRIBED AND SWORN BEFORE ME,** the undersigned notary Public on this the 5th day of March 2008, by Joshua Wise, known to me to be the person whose name is signed to this affidavit.

*/s/ William H. Malpass*
William H. Malpass
*NOTARY PUBLIC*/State of Louisiana
My commission is for life
Notary # 51924