UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TITUS INTERNATIONAL PLC,<br><br>Plaintiff,<br><br>v.<br><br>HARDWARE RESOURCES, A DIVISION OF PROGRESSIVE STAMPING & PLATING, INC.,<br><br>Defendant. | Case No. 08-cv-2158 (WHP)<br><br>Rule 7.1 Statement |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, defendant Hardware Resources, A division of Progressive Stamping & Plating, Inc., by its counsel, hereby certifies that it has no corporate parent, affiliate and/or subsidiary that is publicly held.

Dated: New York, New York
        April 8, 2008

                    GOLENBOCK EISEMAN ASSOR BELL
                    & PESKOE LLP


                    By:   s/ Jeffrey T. Golenbock
                            Jeffrey T. Golenbock (JG 2217)

                    437 Madison Avenue
                    New York, New York 10022
                    (212) 907-7300
                    *Attorneys for Defendant*

*419706.1*