UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TITUS INTERNATIONAL PLC,<br><br>Plaintiff,<br><br>v.<br><br>HARDWARE RESOURCES, A DIVISION OF PROGRESSIVE STAMPING & PLATING, INC.,<br><br>Defendant. | Case No. 08-cv-2158 (WHP) |

**CERTIFICATE OF SERVICE**

I, Jeffrey T. Golenbock, certify that I am over eighteen (18) years of age, am an attorney duly licensed by the State of New York and am admitted to practice in this Court.

I further certify that on April 8, 2008, I caused true and correct copies of Hardware Resources' Answer and Rule 7.1 Statement to be served via had delivery on the person listed below:

Michael Aschen (MA 6336)
Abelman Frayne & Schwab
666 Third Avenue
New York, NY  10017
(212) 949-9022
Attorney for Plaintiff

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

       s/ Jeffrey T. Golenbock
       Jeffrey T. Golenbock (JG 2217)

*421295.2*