| | **ABELMAN, FRAYNE & SCHWAB** | |
|---|---|---|
| Lawrence E. Abelman | Attorneys at Law | Of Counsel: |
| Jeffrey A. Schwab | 666 Third Avenue | Norman S. Beier |
| Victor M. Tannenbaum | New York, New York 10017-5612 | Alan D. Gilliland |
| Peter J. Lynfield | | Thomas E. Spath |
| Alan J. Hartnick | | Melvin L. Ortner |
| Caridad Piñeiro Scordato | Telephone: (212) 949-9022 | Constance Golden |
| Michael Aschen | Facsimile: (212) 949-9190 | J. David Dainow |
| Julianne Abelman | e-mail@lawabel.com | David Toren |
| Jonathan W. Gumport | | |
| Julie B. Seyler | | Jay S. Cinnamon |
| Marie Anne Mastrovito | | Wayne J. Gu |
| Joseph J. Catanzaro | | Michael J. Schwab |
| Anthony A. Coppola | | Jennifer R. Waitman |
| Richard L. Crisona | April 21, 2008 | Natasha J. Burns |
| Ned W. Branthover | | Frank Terranella |
| Anthony J. DiFilippi | | Anthony J. Natoli |
| Harry K. Ahn | | Steven M. Hertzberg |
| | | John H. Choi |
| WRITER'S DIRECT DIAL: | | |
| (212) 885-9207 | | *Alexander Zinchuk |
| | | *(Registered Patent Agent) |
| WRITER'S E-MAIL: | | |
| maschen@lawabel.com | | |



RECEIVED APR 22 2008 CHAMBERS OF WILLIAM H. PAULEY U.S.D.J.

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 5/1/08

**By Federal Express**

Hon. William H. Pauley
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Room 2210
New York, NY 10007

    Re: Titus International PLC v. Hardware Resources;
        <u>08-cv-2158 (WHP); Our Ref. U.S. Misc. 12840</u>.

Dear Judge Pauley:

    <u>We represent the plaintiff Titus International PLC ("Titus PLC") and, due to a scheduling conflict, are writing to request an adjournment of the initial pre-trial and pre-motion conference scheduled for this Friday, April 25th at 10:30 a.m.</u> Defendant's counsel, Jeffrey Golenbock, has been notified that we would be requesting an adjournment and has no objection. I am available on Fridays, the day that I understand the Court prefers to schedule conferences of this type, throughout May.

                          Respectfully,

                          Michael Aschen

MA:zs
cc: Lawrence E. Abelman, Esq.
    Titus International PLC
    Jeffrey T. Golenbock (by email and overnight courier)

*The initial pre-trial conference and pre-motion conference are adjourned to May 12, 2008 at 2:30 p.m.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.

4/29/08