```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
TITUS INTERNATIONAL PLC            :

                Plaintiff,         :    08 Civ. 2158 (WHP)

        -against-                  :    ORDER

HARDWARE RESOURCES,                :

                Defendant.         :
------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

WILLIAM H. PAULEY III, District Judge:

The parties having appeared for a conference on May 12, 2008, the following schedule is established on consent:

1. Defendant shall file and serve its motion to dismiss by June 3, 2008;

2. Plaintiff shall file and serve its opposition to the motion by June 17, 2008;

3. Defendant shall file and serve any reply on the motion by June 24, 2008;

4. This Court will hear oral argument on the motion on July 18, 2008 at 10:30 a.m.;

5. The initial pre-trial conference is adjourned to July 18, 2008; and

6. The parties shall submit a discovery plan pursuant to Rule 26(f) of the Federal Rules of Civil Procedure by July 11, 2008.

Dated:  May 13, 2008
        New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Michael Aschen, Esq.
Abelman Frayne & Schwab
666 Third Avenue
New York, NY 10017
*Counsel for Plaintiff*

Jeffrey T. Golenbock, Esq.
Golenbock Eiseman Assor Bell & Peskoe LLP
437 Madison Avenue
New York, NY 10022
*Counsel for Defendant*