UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TITUS INTERNATIONAL PLC,<br><br>                  Plaintiff,<br><br>v.<br><br>HARDWARE RESOURCES, A DIVISION OF PROGRESSIVE STAMPING & PLATING, INC.,<br><br>                  Defendant. | Case No. 08-cv-2158 (WHP)<br><br>NOTICE OF MOTION TO DISMISS and, in the alternative, TO TRANSFER |

PLEASE TAKE NOTICE that, upon the Declaration of Jeff Lowe, the Declaration of Kim Belisle, the Declaration of Jeffrey T. Golenbock, and the exhibits attached thereto, the Memorandum of Law submitted herewith, and all pleadings and proceedings heretofore had herein, defendant Hardware Resources, a Division of Progressive Stamping and Plating, Inc., will move this Court on Friday, July 18, 2008 at 10:30 a.m., before the Honorable William H. Pauley, United States District Court Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order dismissing the Complaint or transferring the action based on the "first-filed doctrine" or, in the alternative, to transfer venue pursuant to 28 U.S.C. § 1404(a), and granting defendant such other and further relief as the Court deems just and appropriate.

Dated: New York, New York
       June 3, 2008

                                        GOLENBOCK EISEMAN ASSOR BELL &
                                             PESKOE LLP

                                        By: _____
                                               Jeffrey T. Golenbock (JG 2217)

                                        437 Madison Avenue
                                        New York, New York 10022
                                        (212) 907-7300
                                        Attorneys for Defendant Hardware Resources

*426864.1*

To: Michael Aschen
    Abelman Frayne & Schwab
    666 Third Avenue
    New York, New York 10017

*426864.1*

2