UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TITUS INTERNATIONAL PLC,<br><br>                Plaintiff,<br><br>      v.<br><br>HARDWARE RESOURCES, A DIVISION OF PROGRESSIVE STAMPING & PLATING, INC.,<br><br>                Defendant. | Case No. 08-CV-02158 (WHP)<br><br>DECLARATION OF KIM BELISLE |

     1.     This declaration is made in support of Defendant's Motion to Dismiss Pursuant to First to File Rule, and in the Alternative, to Transfer Venue 28 U.S.C. §1404(a) and Memorandum in Support of Defendant's Motion to Dismiss Pursuant to First to File Rule, and in the Alternative, to Transfer Venue 28 U.S.C. §1404(a).

     2.     I am a paralegal at the law firm of Schultz & Associates, P.C. I am over eighteen (18) years of age and am capable of making the declarations contained herein. The representations contained herein are based on my personal knowledge.

     3.     On May 29, 2008, I reviewed the website at the domain name www.titusplus.co.uk/languages.html. On this page I clicked on the "English" tab. When I clicked on the "English" tab, another window popped up on my screen. Next, I clicked on the "Subsidiaries" tab. Then, I clicked on "The Americas" tab. When I clicked on this tab, information about Titus Tool Co. Inc. appeared on the screen. Attached at Exhibit C to Defendant's Memorandum in Support of Defendant's Motion to Dismiss Pursuant to First to File Rule, and in the Alternative, to Transfer Venue 28 U.S.C. §1404(a) is a true and accurate copy of

the webpage that I viewed that contains information about Titus Tool Co. Inc. and other subsidiaries of associated with Titus International.

4. On May 21, 2008, I reviewed the website for the Arizona Secretary of State at the domain name, http://www.azsos.gov. From this website, I accessed the "Arizona Corporate Commission State of Arizona Public Access System" to perform a corporate search for "Titus Tool". Attached at Exhibit D to Defendant's Memorandum in Support of Defendant's Motion to Dismiss Pursuant to First to File Rule, and in the Alternative, to Transfer Venue 28 U.S.C. §1404(a) are true and accurate copies of the web pages that I reviewed that contained information about Titus Tool Company Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 30, 2008.

_Kimberly Belisle_
Kimberly Belisle