UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TITUS INTERNATIONAL PLC, <br><br> Plaintiff, <br><br> v. <br><br> HARDWARE RESOURCES, A DIVISION OF PROGRESSIVE STAMPING & PLATING, INC., <br><br> Defendant. | Case No. 08-CV-02158 (WHP) <br><br> DECLARATION OF JEFF LOWE |

1. This declaration is made in support of Defendant's Reply Brief to Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss.

2. My name is Jeff Lowe and I am the president of Defendant, Hardware Resources, Inc. ("Hardware Resources"). I am over eighteen (18) years of age and I am capable of making the declarations contained herein. The representations contained herein are based on my personal knowledge and/or knowledge as president of Hardware Resources.

3. Before Hardware Resources and Lama d.d. entered into the 2004, the CEO of Lama d.d. visited Hardware Resources' facility in Bossier City, Louisiana. During this visit, Hardware Resources showed Lama the capabilities of the plant and the parties negotiated the terms of the 2004 Contract. The visit concluded with the execution of the 2004 Contract by Hardware Resources and Lama in Bossier City, Louisiana.

4. I did not receive, nor did I read a copy of the letter dated April 26, 2006 before I saw it attached at Exhibit 1 to the Declaration of Michael Aschen in Opposition to

DECLARATION OF JEFF LOWE - 1
41061.0188

Defendant's Motion to Dismiss. Further, the letter is immaterial. At no time was the 2004 Contract between Hardware Resources and Lama d.d. repudiated in whole or in part.

5. 4. At the time the Louisiana Litigation was filed, Hardware Resources and/or Titus International, PLC, Lama d.d. or Titus Tool Company were not in negotiations nor were there any specific threats of litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 23, 2008.

_____
Jeff Lowe
President of Hardware Resources, Inc.

DECLARATION OF JEFF LOWE - 2
41061.0188