USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
TITUS INTERNATIONAL PLC,                         :

                      Plaintiff,     :     08 Civ. 2158 (WHP)

       -against-                              :     ORDER GRANTING
                                          ADMISSION PRO HAC VICE
HARDWARE RESOURCES, A DIVISION OF :
PROGRESSIVE STAMPING &
PLATING INC.,                                    :

                      Defendant.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Having reviewed the Notice of Motion and the Affidavit of Jeffrey T. Golenbock, Esq. in support of admitting George R. Schultz, Esq. to appear pro hac vice, it is hereby ORDERED that Mr. Schultz be admitted to this Court pro hac vice to represent Defendant in the above-captioned action.

        The attorney admitted pro hac vice must serve a copy of this Order on all other parties who have appeared in this action.

Dated:    July 11, 2008
            New York, New York

                                                    SO ORDERED:

                                                    WILLIAM H. PAULEY III
                                                           U.S.D.J.