UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
TITUS INTERNATIONAL PLC         :

                Plaintiff,       :       08 Civ. 2158 (WHP)

         -against-           :       ORDER

HARDWARE RESOURCES,             :

                Defendant.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        For the reasons set forth on the record on July 18, 2008, Defendant's motion to dismiss is granted. The Clerk of the Court is directed to terminate all pending motions and mark the case closed.

Dated:    July 18, 2008
            New York, New York

                                  SO ORDERED:

                                  WILLIAM H. PAULEY III
                                        U.S.D.J.

*Counsel of Record:*

Michael Aschen, Esq.
Abelman Frayne & Schwab
666 Third Avenue
New York, NY 10017
*Counsel for Plaintiff*

Jeffrey T. Golenbock, Esq.
Golenbock Eiseman Assor Bell & Peskoe LLP
437 Madison Avenue
New York, NY 10022
*Counsel for Defendant*